385 A.2d 974

**COMMONWEALTH of Pennsylvania**

**v.**

**Hector M. SANTIAGO, Appellant.**

Supreme Court of Pennsylvania.

Argued April 12, 1978.

Decided May 15, 1978.

David H. Weinstein, Philadelphia, for appellant.

Edward G. Rendell, Dist. Atty., Steven H. Goldblatt, Deputy Dist. Atty. for Law, Robert B. Lawler, Chief, Appeals Div., Adrian DiLuzio, Asst. Dist. Atty., for appellee.

18

Before EAGEN, C. J., and O'BRIEN, POMEROY, NIX and LARSEN, JJ.

## OPINION

PER CURIAM:

Judgment of Sentence affirmed.

ROBERTS and MANDERINO, JJ., did not participate in the consideration or decision of this case.